IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01369-BNB

OLIVER RAY SLEDGE,
Applicant,

v.

J. M. WILNER, Warden, FCI – Florence,
Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -7 2008

GREGORY C. LANGHAM
                        CLERK

---

ORDER OF DISMISSAL

---

Applicant Oliver Ray Sledge initiated this action by filing *pro se* an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" and a "Memorandum in Support of Applicant[']s Application for a Writ of Habeas Corpus." In an order filed on June 30, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Sledge to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Sledge either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Sledge was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On July 23, 2008, Mr. Sledge filed an "Addendum in Support of Applicant's Application for a Writ of Habeas Corpus." However, Mr. Sledge has failed either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 7 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01369-BNB

Oliver Ray Sledge
Reg. No. 24715-086
PO Box 6000
FCI - Florence
Florence, CO 81226-6000

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __8/7/08__

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk