IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01369-ZLW

OLIVER RAY SLEDGE,
    Applicant,

v.

J. M. WILNER, Warden, FCI – Florence,
    Respondent.

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant Oliver Ray Sledge has filed *pro se* on August 14, 2008, a letter to the Court apparently asking the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment filed in this action on August 7, 2008. The Court must construe the letter liberally because Mr. Sledge is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Sledge filed the motion to reconsider within ten days after the Judgment was entered in this action on August 7, 2008. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See id.* The three major

grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. **See Servants of the Paraclete v. Does**, 204 F.3d 1005, 1012 (10th Cir. 2000).

The Court dismissed the instant action without prejudice because Mr. Sledge failed either to pay the $5.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 within thirty days after he was ordered to do so on June 30, 2008. Mr. Sledge alleges in the motion to reconsider that he mailed a $5.00 payment to the Court within the time allowed and that he has no control over when prison officials actually send his mail.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Sledge fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Mr. Sledge does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. The Court's docketing records do not indicate that the Court has received any payment from Mr. Sledge in this action. The Court does note that Mr. Sledge made a $5.00 payment to the Court in another pending case on August 5, 2008. **See Sledge v. Wilner**, No. 08-cv-01490-BNB. It is not clear if that is the payment to which Mr. Sledge is referring in his motion to reconsider.

For these reasons, the motion to reconsider will be denied. However, Mr. Sledge is reminded that the Court dismissed the instant action without prejudice. If Mr. Sledge wishes to pursue his claims, he may do so by filing a new action. Accordingly, it is

ORDERED that the letter to the Court filed on August 14, 2008, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01369-BNB

Oliver Ray Sledge
Reg. No. 24715-086
PO Box 6000
FCI - Florence
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/22/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk